**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



5:13-cv-00811   Doc: 5

Jacqueline Robinson
8885 Peach Drive
Hesperia, CA  92345
US



☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☐ Attempted – Not Known
☐ No Such Street  ☐ Number
☐ Vacant  ☐ Illegible
☑ No Mail Receptacle
☐ Box Closed – No Order
☐ Returned For Better Address
☐ Postage Due _____



5:13CV00811

VAP



RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 20 2013
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY



FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2013
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY



Date Transmitted: 5/10/2013 2:19:49 PM

5:13-cv-00811   Doc: 5

Jacqueline Robinson
8885 Peach Drive
Hesperia, CA   92345
US

Number of Pages:   2

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 5:13-cv-00811-VAP-OP Veritas Capita
l LLC v. Jack B Robinson, et al Minutes of In Chambers Order
/Directive - no proceeding held
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing.  However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.


UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing



The following transaction was entered  on 5/10/2013 at 2:01 PM PDT and filed
on 5/8/2013

Case Name:
Veritas Capital LLC v. Jack B Robinson, et al
Case Number:5:13-cv-00811-VAP-OP

Filer:
WARNING: CASE CLOSED on 05/08/2013

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031016779663?case
id=561099&de_seq_num=15&magic_num=MAGIC&pdf_toggle_possible=
1
>5
```

Docket Text:

MINUTE ORDER IN CHAMBERS by Judge Virginia A. Phillips REMAN
DING ACTION TO
CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF SAN BERNARDINO:
(see document
for  specifics). Defendant has not met her burden of establi
shing that the
case is  properly in federal court. Gaus, 980 F.2d at 566. A
ccordingly, the
Court REMANDS the action to the Superior Court of California
 for the County
of San Bernardino. IT IS SO ORDERED. (Made JS-6.  Case Termi
nated) (ad)

5:13-cv-00811-VAP-OP Notice has been electronically mailed t
o:

5:13-cv-00811-VAP-OP Notice has been delivered by First Clas
s U. S. Mail
or by other means BY THE FILER to :

```
Glenn R Travis
Glenn R Travis Law Offices
4275 Lemon Street  Suite 201
Riverside CA 92501


Jack B Robinson
8885 Peach Drive
Hesperia CA 92345
US

Jacqueline  Robinson
8885 Peach Drive
Hesperia CA 92345
US
```

<div style="text-align:right">**PRIORITY SEND**
JS-6</div>

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  EDCV 13-00811 VAP (OPx)                        Date: May 8, 2013

Title:   VERITAS CAPITAL, LLC -v- JACK B. ROBINSON; JACQUELINE ROBINSON; AND DOES 1 TO 10
================================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:    MINUTE ORDER REMANDING ACTION TO CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF SAN BERNARDINO (IN CHAMBERS)

    On March 14, 2013, Plaintiff Veritas Capital, LLC ("Plaintiff") filed an unlawful detainer against Defendants Jack B. Robinson, Jacqueline Robinson, and DOES 1 to 10. On May 1, 2013, pro se Defendant Jacqueline Robinson ("Defendant") removed this action from the California Superior Court for the County of San Bernardino. (See Not. of Removal (Doc. No. 1).) Defendant alleges the Court has subject-matter jurisdiction to hear this matter pursuant 28 U.S.C. § 1331. (Id. at ¶ 3.) For the following reasons, the Court REMANDS the action to the California Superior Court for the County of San Bernardino.

    Removal jurisdiction is governed by statute. See 28 U.S.C. §1441, et seq.

EDCV 13-0811-VAP (OPx)
VERITAS CAPITAL, LLC v. JACK B. ROBINSON; JACQUELINE ROBINSON; AND DOES 1 TO 10
MINUTE ORDER of May 7, 2013

The Ninth Circuit applies a strong presumption against removal jurisdiction, ensuring "the defendant always has the burden of establishing that removal is proper." Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992) (citing Nishimoto v. Federman-Bachrach & Assocs., 903 F.2d 709, 712 n.3 (9th Cir. 1990)); see also In re Ford Motor Co./Citibank (South Dakota), N.A., 264 F.3d 952, 957 (9th Cir. 2001) ("The party asserting federal jurisdiction bears the burden of proving the case is properly in federal court.").

Defendant claims the basis for removal is federal question jurisdiction, 28 U.S.C. § 1331, because Plaintiff's Complaint is "based upon a notice which itself expressly incorporates the 'Protecting Tenants at Foreclosure Act of 2009,' 12 U.S.C. § 5201.'" (See Not. of Removal at ¶ 7.) The Complaint, however, raises only a single claim for unlawful detainer, a California state law action. See Franchise Tax Bd. v. Constr. Laborers Trust, 463 U.S. 1, 10 (1983) (defendant may not remove case to federal court unless basis for federal jurisdiction apparent on the face of the complaint). Accordingly, Defendant has not shown the Court's jurisdiction based on federal question, 28 U.S.C. § 1331.

Defendant has not met her burden of establishing that the case is properly in federal court. Gaus, 980 F.2d at 566. Accordingly, the Court REMANDS the action to the Superior Court of California for the County of San Bernardino.

**IT IS SO ORDERED.**

CIVIL -- GEN                                    Page 2                    Initials of Deputy Clerk ___md___

Case 5:13-cv-00811-VAP-OP   Document 9   Filed 05/20/13   Page 8 of 8   Page ID #:78



**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**TERRY NAFISI**
District Court Executive and
Clerk of Court

May 10, 2013

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

San Bernardino County Superior Court
14455 Civic Drive, Suite #100
Victorville, CA 92392
Attn: Civil Department

Re:   Case Number: EDCV13-811 VAP(OPx)

Previously Superior Court Case No. UDVS1300703

Case Name: Veritas Capital LLC v. Jack B Robinson, et al

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on 5/8/2013, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: Angelique Dominguez
    Deputy Clerk  951-328-4453

☐ Western   ☒ Eastern   ☐ Southern Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

By: _____
    Deputy Clerk

Date

CV - 103 (09/08)       LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)